## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, | |
| Plaintiff, | No. 4:CV-05-2055 |
| v. | Complaint filed 10/7/05 |
| Brian Mitchell a/k/a Brian H. Mitchell Johnnie Mitchell a/k/a Johnnie V. Mitchell, | Judge: Sylvia H. Rambo |
| Defendants. | |



## ORDER FOR DEFAULT JUDGMENT

AND NOW, this _18_ day of _November_, 2005 after consideration of Plaintiff's Praecipe to enter Default Judgment, it is hereby **ORDERED** and **DECREED** that said Judgment is granted in favor of Plaintiff, Federal Home Loan Mortgage Corporation, and against against Defendants, Brian Mitchell a/k/a Brian H. Mitchell and Johnnie Mitchell a/k/a Johnnie V. Mitchell, as follows:

I. Judgment In Mortgage Foreclosure

(a) Judgment is hereby entered for the sum of $155,431.23 as of November 16, 2005, plus interest thereafter in the amount of $31.89 per day, attorneys fees, costs, advances, and all other related fees and expenses until paid in full, to which Plaintiff is entitled from Defendant pursuant to the Subject Note/Mortgage obligation;

(b) It is hereby ordered that all legal rights, title, and interest which Defendant has in the Subject Property inclusive of all buildings and improvements thereon, be sold at Marshall's Sale and that all amounts owed by Defendant to Plaintiff under the Subject Note/Mortgage Obligation and otherwise in this action, be paid out of the proceeds of such sale;

(c) It is hereby further ordered that, if the proceeds of such sale of the Subject Property exceed the sum of money owed by Defendant to Plaintiff under the Subject Note/Mortgage Obligation and otherwise in this action, any such excess of the aforementioned sum be deposited with the Clerk of the Court subject to further Order of the Court.

By the Court:

_____
                                       J.